# ORIGINAL

1  STUART F. DELERY
   Assistant Attorney General
2  ANDRÉ BIROTTE JR.
   United States Attorney
3  LEON W. WEIDMAN
   Chief, Civil Division
4  WENDY L. WEISS
   Chief, Civil Fraud Section
5  SUSAN HERSHMAN
   Deputy Chief, Civil Fraud Section
6  JOHN LEE (Cal. Bar No. 128696)
   Assistant United States Attorneys
7       Room 7516, Federal Building
        300 North Los Angeles Street
8       Los Angeles, California 90012
        Telephone: (213) 894-3995
9       Facsimile:  (213) 894-2380
        E-mail:  john.lee2@usdoj.gov
10 MICHAEL D. GRANSTON
   PATRICIA L. HANOWER
11 DAVID T. COHEN
   Attorneys, Civil Division
12 United States Department of Justice
        P.O. Box 261
13      Ben Franklin Station
        Washington, D.C. 20044
14      Telephone:  (202) 307-0136
        Facsimile:  (202) 307-3852
15      E-mail:  david.t.cohen@usdoj.gov
   Attorneys for the
16 UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

17            UNITED STATES DISTRICT COURT

18       FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                  WESTERN DIVISION

20 UNITED STATES OF AMERICA ex rel. ) NO. CV 13-5861 GHK (AJWx)
   [UNDER SEAL];                    )
21                                  ) STIPULATION FOR [UNDER SEAL]
              Plaintiff,            )
22                                  ) [FILED UNDER SEAL pursuant to
       v.                           ) False Claims Act, 31 U.S.C.
23                                  ) § 3730(b)(2) and (3)]
   [UNDER SEAL],                    )
24                                  ) [FILED OR LODGED CONCURRENTLY
              Defendant.            ) HEREWITH:  IN CAMERA MEMORANDUM
25                                  ) OF POINTS AND AUTHORITIES; IN
                                    ) CAMERA DECLARATION OF JOHN E.
26                                  ) LEE; [PROPOSED] ORDER]
27                                  )
                                    )
28                                  )

LODGED
CLERK, U.S. DISTRICT COURT
SEP 3 0 2013
CENTRAL DISTRICT OF CALIFORNIA
BY

1  STUART F. DELERY
   Assistant Attorney General
2  ANDRÉ BIROTTE JR.
   United States Attorney
3  LEON W. WEIDMAN
   Chief, Civil Division
4  WENDY L. WEISS
   Chief, Civil Fraud Section
5  SUSAN HERSHMAN
   Deputy Chief, Civil Fraud Section
6  JOHN LEE (Cal. Bar No. 128696)
   Assistant United States Attorneys
7       Room 7516, Federal Building
        300 North Los Angeles Street
8       Los Angeles, California 90012
        Telephone:  (213) 894-3995
9       Facsimile:  (213) 894-2380
        E-mail:  john.lee2@usdoj.gov
10 MICHAEL D. GRANSTON
   PATRICIA L. HANOWER
11 DAVID T. COHEN
   Attorneys, Civil Division
12 United States Department of Justice
        P.O. Box 261
13      Ben Franklin Station
        Washington, D.C. 20044
14      Telephone:  (202) 307-0136
        Facsimile:  (202) 307-3852
15      E-mail:  david.t.cohen@usdoj.gov
   Attorneys for the
16 UNITED STATES OF AMERICA

17              UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                   WESTERN DIVISION

20 UNITED STATES OF AMERICA ex rel. )  NO. CV 13-5861 GHK (AJWx)
   [UNDER SEAL];                     )
21                                   )  STIPULATION FOR [UNDER SEAL]
                                     )
22           Plaintiff,              )
                                     )  [FILED UNDER SEAL pursuant to
23      v.                           )  False Claims Act, 31 U.S.C.
                                     )  § 3730(b)(2) and (3)]
24 [UNDER SEAL],                     )
                                     )  [FILED OR LODGED CONCURRENTLY
25           Defendant.              )  HEREWITH:  IN CAMERA MEMORANDUM
                                     )  OF POINTS AND AUTHORITIES; IN
26                                   )  CAMERA DECLARATION OF JOHN E.
                                     )  LEE; [PROPOSED] ORDER]
27                                   )
                                     )
28 _____  )

FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1  STUART F. DELERY
   Assistant Attorney General
2  ANDRÉ BIROTTE JR.
   United States Attorney
3  LEON W. WEIDMAN
   Chief, Civil Division
4  WENDY L. WEISS
   Chief, Civil Fraud Section
5  SUSAN HERSHMAN
   Deputy Chief, Civil Fraud Section
6  JOHN LEE (Cal. Bar No. 128696)
   Assistant United States Attorneys
7       Room 7516, Federal Building
        300 North Los Angeles Street
8       Los Angeles, California 90012
        Telephone: (213) 894-3995
9       Facsimile:  (213) 894-2380
        E-mail:  john.lee2@usdoj.gov
10 MICHAEL D. GRANSTON
   PATRICIA L. HANOWER
11 DAVID T. COHEN
   Attorneys, Civil Division
12 United States Department of Justice
        P.O. Box 261
13      Ben Franklin Station
        Washington, D.C. 20044
14      Telephone:  (202) 307-0136
        Facsimile:  (202) 307-3852
15      E-mail:  david.t.cohen@usdoj.gov
   Attorneys for the
16 UNITED STATES OF AMERICA

17              UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                   WESTERN DIVISION

20 UNITED STATES OF AMERICA ex rel. )  NO. CV 13-5861 GHK (AJWx)
   MARIA GUZMAN;                    )
21                                  )  STIPULATION FOR ORDER EXTENDING
                                    )  TIME TO NOTIFY COURT OF ELECTION
22           Plaintiff,             )  TO INTERVENE
                                    )
23      v.                          )
                                    )  [FILED UNDER SEAL pursuant to
24 INSYS THERAPEUTIC, INC.,         )  False Claims Act, 31 U.S.C.
                                    )  § 3730(b)(2) and (3)]
25           Defendant.             )
                                    )  [FILED OR LODGED CONCURRENTLY
26                                  )  HEREWITH:  IN CAMERA MEMORANDUM
                                    )  OF POINTS AND AUTHORITIES; IN
27                                  )  CAMERA DECLARATION OF JOHN E.
                                    )  LEE; [PROPOSED] ORDER]
28 _____ )

1   IT IS HEREBY STIPULATED and agreed by and between the qui tam

2   plaintiff, Maria Guzman, and the United States of America ("United

3   States"), by and through their respective counsel, and subject to

4   order of the Court, that the United States shall have up to and

5   including April 14, 2014, within which to file its notice of

6   election regarding intervention in the above-captioned action ("this

7   action") as provided in 31 U.S.C. § 3730(b)(2).

8   IT IS FURTHER STIPULATED, subject to the order of the Court,

9   that during this time, the Complaint and all other documents filed

10  or lodged in this action shall remain under seal. The reasons for

11  the requested extension are set forth in the in camera Memorandum of

12  Points and Authorities and Declaration of John E. Lee filed

13  concurrently herewith.[1] This application is based upon this

14  Stipulation and the aforementioned Memorandum and Declaration.

15                          Respectfully submitted,

16  DATED: September 30, 2013    DAVID L. SCHER, ESQ.
                                 R. SCOTT OSWALD, ESQ.
17                               MARK KLEIMAN, ESQ.

18

19                               MARK KLEIMAN, ESQ.
                                 Attorneys for Relator
20                               MARIA GUZMAN

21  DATED: September 30, 2013    ANDRÉ BIROTTE JR.
                                 United States Attorney
22                               DAVID T. COHEN
                                 United States Department of Justice

23

24

25                               JOHN E. LEE
                                 Assistant United States Attorneys
26                               Attorneys for the
                                 UNITED STATES OF AMERICA

27  _____

28  [1] To preserve relevant governmental privileges, the Memorandum
    and Declaration have not been disclosed to the qui tam plaintiff.

                                 2

<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516 Los Angeles, California 90012.

On September 30, 2013, I served **STIPULATION FOR ORDER GRANTING EXTENSION OF TIME TO NOTIFY COURT OF ELECTION TO INTERVENE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with <u>postage fully</u> prepaid.

Date of mailing: September 30, 2013.

Place of mailing: Los Angeles, California.

Person(s) and/or Entity(ies) To Whom Mailed:

See attached list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 30, 2013 at Los Angeles, California.

Angela Fiore

1                                   SERVICE LIST

2

3      David L. Scher, Esq.
       The Employment Law Group, P.C.
       888 17th Street, NW, Suite 900
4      Washington, D.C.  20006

5      Mark Kleiman
       Law office of Mark Allen Kleiman
6      2907 Stanford Avenue
       Venice, CA  90292
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28