ORIGINAL

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-3995
Fax: (213) 894-7819
Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0136
Facsimile: (202) 307-3852
E-mail: david.t.cohen@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

Lodged proposed order

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**, Plaintiff[s], v. **[UNDER SEAL]**, Defendant[s]. | No. CV 13-5861 JLS (AJWx)<br>UNITED STATES' NOTICE OF [UNDER SEAL]<br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br>[FILED/LODGED CONCURRENTLY: [PROPOSED] ORDER] |

ORIGINAL

Lodged ~~prop~~ ~~pose~~ propose order

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-3995
Fax: (213) 894-7819
Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0136
Facsimile: (202) 307-3852
E-mail: david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,

Plaintiff[s],

v.

**[UNDER SEAL]**,

Defendant[s].

No. CV 13-5861 JLS (AJWx)

UNITED STATES' NOTICE OF [UNDER SEAL]

**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[FILED/LODGED CONCURRENTLY: [PROPOSED] ORDER]

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-3995
Fax: (213) 894-7819
Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0136
Facsimile: (202) 307-3852
E-mail: david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>Plaintiffs, | No. CV 13-5861 JLS (AJWx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; STIPULATION RE UNSEALING, CONSOLIDATION, AND STAY OF ACTIONS<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

v.

INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15,

Defendants.

UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH,

Defendants.

No. CV 14-3488 JLS (AJWx)

UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC.,

Defendant.

No. CV 14-9179 JLS (AJWx)

UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC.,

Defendant.

No. CV 16-2956 JLS (AJWx)

UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,

Defendants.

No. CV 16-7937 JLS (AJWx)

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(A), the United States of America ("United States") hereby notifies the Court of its election to intervene in part and decline to intervene in part in the following actions: (1) *United States ex rel. Guzman v. Insys Therapeutic, Inc.*, CV 13-5861 JLS (AJWx); (2) *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 14-3488 JLS (AJWx); (3) *United States ex rel. Andersson v. Insys Therapeutics, Inc.*, CV 14-9179 JLS (AJWx); (4) *United States ex rel. Erickson v. Insys Therapeutics, Inc.*, CV 16-2956 JLS (AJWx); and (5) *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 16-7937 JLS (AJWx) (collectively, the "actions"). The United States hereby intervenes in the actions as to allegations against defendant Insys Therapeutics, Inc. ("Insys") involving (1) the payment of kickbacks, (2) engaging in off-label promotional activities, and (3) lying about patients' medical

conditions. The United States declines to intervene in the actions at this time as to all other allegations against Insys, and as to all other defendants named by the relators. The United States files its Complaint in Intervention concurrently herewith.

Pursuant to the Stipulation set forth below, the undersigned parties request that the relators' complaints, this Notice, the attached proposed Order, and the United States' Complaint in Intervention be unsealed. All papers on file relating to the United States' requests for extensions of the intervention deadline and seal in the actions, however, should remain under seal because, in discussing the content and extent of the United States' investigation of these actions, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Furthermore, pursuant to the Stipulation below and Rule 42(a), Fed. R. Civ. P., the undersigned parties request that these actions remain consolidated, until further order from the Court, for the purpose of allowing the United States to file a single Complaint in Intervention in these actions.

Additionally, the undersigned parties request that these actions be stayed until further order of the court pending resolution of ongoing criminal actions that are related to the above-referenced *qui tam* actions, to wit, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016); *United States v. Pearlman*, CR 17-00027-MPS (D. Conn. filed Feb. 8, 2017); *United States v. Clough*, CR 17-00037 JL (D.N.H. filed Mar. 22, 2017); *United States v. Patel*, CR 17-114-VPC (D. Nev. filed Dec. 6, 2017); and *United States v. Freeman,* CR 18-00217-KMW (S.D.N.Y. filed Mar. 14, 2018). During the pendency of the stay, the United States will file a status report with the Court every 90 days from the date of this Order, advising the Court of the status of the related criminal actions and whether a need for the stay continues to exist.

A proposed Order accompanies this notice and stipulation.

Respectfully submitted,

Dated: April 13, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

JOHN E. LEE
Assistant United States Attorneys

Attorneys for the United States of America

STIPULATION RE UNSEALING, CONSOLIDATION, AND STAY OF ACTIONS

The undersigned parties hereby stipulate as follows:

1. The relators' complaints, the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part, this Order, and the United States' Complaint in Intervention may be unsealed. All other papers or orders on file in these actions may remain permanently under seal and shall not be made public or served upon the defendants. The seal may be lifted on all matters occurring in these actions after the filing date of this Order.

2. These actions shall be consolidated for the purpose of allowing the United States to file a single Complaint in Intervention in these actions. The United States' Complaint in Intervention and all subsequent papers shall be filed using the lead caption, *United States ex rel. Guzman v. Insys Therapeutic, Inc.*, CV 13-5861 JLS (AJWx), followed by captions of the remaining actions, unless the document relates only to a particular action or actions, in which case it shall be filed only in such action(s).

3. The States, Commonwealths, District of Columbia, and City of Chicago may file complaints in intervention, and the relators may file amended complaints on any declined portions of the actions, within 90 days of the filing date of the United States' Complaint in Intervention.

4. With the exception of the above-referenced pleadings and the filing of the status reports described below, these actions shall be stayed in their entirety pending resolution of ongoing criminal actions that are related to the above-referenced *qui tam* actions, to wit, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016); *United States v. Pearlman*, CR 17-00027-MPS (D. Conn. filed Feb. 8, 2017); *United States v. Clough*, CR 17-00037 JL (D.N.H. filed Mar. 22, 2017); *United States v. Patel*, CR 17-114-VPC (D. Nev. filed Dec. 6, 2017); *United States v. Freeman,* CR 18-00217-KMW (S.D.N.Y. filed Mar. 14, 2018). During the pendency of the stay, the United States shall file a status report with the Court every 90 days from the date of this Order, advising the Court of the status of the related criminal actions and whether a need for the stay continues to exist.

Respectfully submitted,

Dated: April 13, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

[signature]
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

Dated: April 12, 2018

JOSH STEIN
Attorney General of North Carolina

[signature]
STACY RACE
Special Deputy Attorney General
Insys Team Lead, National Association of Medicaid Fraud Coordinators

Dated: April __, 2018

EDWARD N. SISKEL
Corporation Counsel, City of Chicago

____________________
MICHAEL N. ZUMWALT, ESQ.
Assistant Corporation Counsel
Attorneys for the City of Chicago

Dated: April __, 2018

DAVID L. SCHER, ESQ.
R. SCOTT OSWALD, ESQ.
MARK KLEIMAN, ESQ.

____________________
MARK KLEIMAN, ESQ.
Attorneys for Relator Maria Guzman

Respectfully submitted,

Dated: April ___, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

______________________________
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

Dated: April ___, 2018

JOSH STEIN
Attorney General of North Carolina

______________________________
STACY RACE
Special Deputy Attorney General
Insys Team Lead, National Association of Medicaid Fraud Coordinators

Dated: April 13, 2018

EDWARD N. SISKEL
Corporation Counsel, City of Chicago

[signature]
______________________________
MICHAEL N. ZUMWALT, ESQ.
Assistant Corporation Counsel
Attorneys for the City of Chicago

Dated: April , 2018

DAVID L. SCHER, ESQ.
R. SCOTT OSWALD, ESQ.
MARK KLEIMAN, ESQ.

______________________________
MARK KLEIMAN, ESQ.
Attorneys for Relator Maria Guzman

Respectfully submitted,

Dated: April ___, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

______________________________
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

Dated: April ___, 2018

JOSH STEIN
Attorney General of North Carolina

______________________________
STACY RACE
Special Deputy Attorney General
Insys Team Lead, National Association of Medicaid Fraud Coordinators

Dated: April , 2018

EDWARD N. SISKEL
Corporation Counsel, City of Chicago

______________________________
MICHAEL N. ZUMWALT, ESQ.
Assistant Corporation Counsel
Attorneys for the City of Chicago

Dated: April 12, 2018

DAVID L. SCHER, ESQ.
R. SCOTT OSWALD, ESQ.
MARK KLEIMAN, ESQ.

______________________________
MARK KLEIMAN, ESQ.
Attorneys for Relator Maria Guzman

Dated: April 12, 2018

THE WEISER LAW FIRM, P.C.

James M. Ficaro

JAMES M. FICARO, ESQ.
Attorneys for Relators John Doe and ABC, LLC

Dated: April 13, 2018

BRIAN J. MADDEN, ESQ.
THOMAS J. PREUSS, ESQ.
WAGSTAFF & CARTMELL, LLP

Brian J. Madden by JSL per 4/13/18 Email Authorization

BRIAN J. MADDEN, ESQ.
Attorneys for Relator Torgny Andersson

Dated: April 13, 2018

BART D. COHEN, ESQ.
LAW OFFICE OF BART D. COHEN

CHRISTOPHER W. MADEL, ESQ.
JEFFREY S. GLEASON, ESQ.
CASSANDRA M. BATCHELDER, ESQ.
ROBINS KAPLAN LLP

Jeffrey S. Gleason by JSL per 4/13/18 Email Authorization

JEFFREY S. GLEASON, ESQ.
Attorneys for Relators Allison Erickson and Sara Lueken

Dated: April 13, 2018

KOLIN C. TANG, ESQ.
SHEPHERD FINKELMAN MILLER & SHAH, LLP

Eric L Young by JSL per 4/13/18 Email Authorization

KOLIN C. TANG, ESQ.
Attorneys for Relator Jane Doe

PROOF OF SERVICE BY ELECTRONIC MAIL

I am over the age of 18 and not a party to the above-captioned actions. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012.

On April 13, 2018, I served the foregoing UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; STIPULATION RE UNSEALING, CONSOLIDATION, AND STAY OF ACTIONS on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: April 13, 2018. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

Stacy Race, Esq.
Special Deputy Attorney General
National Association of Medicaid Fraud Coordinators
srace@ncdoj.gov

Michael N. Zumwalt, Esq.
Assistant Corporation Counsel
Corporation Counsel, City of Chicago
michael.zumwalt@cityofchicago.org

David L. Scher, Esq.,
The Employment Law Group, P.C.
dscher@employmentlawgroup.com

James Ficaro, Esq.
The Weiser Law Firm
jmf@weiserlawfirm.com

Brian J. Madden, Esq.
Wagstaff & Cartmell, LLP
bmadden@wcllp.com

Jeffrey S. Gleason, Esq.
Robbins Kaplan LLP
jgleason@robinskaplan.com

Eric L. Young, Esq.
McEldrew Young
eyoung@mceldrewyoung.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2018, at Los Angeles, California.

JOHN E. LEE