1  XAVIER BECERRA
   Attorney General of California
2  GERALD A. ENGLER
   Chief Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Senior Assistant Attorney General
4  NICHOLAS N. PAUL
   Supervising Deputy Attorney General
5  ERIKA HIRAMATSU
   Deputy Attorney General
6  State Bar No. 190883
    1455 Frazee Road
7   San Diego, CA 92108
    Telephone: (619) 688-7906
8   Fax: (619) 688-4200
    E-mail: Erika.Hiramatsu@doj.ca.gov
9  *Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; JOHN N. KAPOOR, and DOES 2 through 15,<br><br>                    Defendants. | No. CV 13-5861 JLS (AJWx)<br><br>AMENDED INTERVENING STATES' CONSOLIDATED NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; DECLINING STATES' CONSOLIDATED NOTICE OF DECLINATION; and NOTICE OF NO DECISION BY THE STATE OF MINNESOTA<br><br>(UNDER SEAL)<br><br>[LODGED CONCURRENTLY UNDER SEAL: AMENDED DECLARATION; AMENDED [PROPOSED] ORDER] |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH,<br><br>Defendants. | No. CV 14-3488 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>Defendant. | No. CV 14-9179 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>Defendant. | No. CV 16-2956 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF | No. CV 16-7937 JLS (AJWx) |

| | |
|---|---|
| CHICAGO, and the DISTRICT OF COLUMBIA, | |
| | Plaintiffs, |
| v. | |
| INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, | |
| | Defendants. |

Five *qui tam* plaintiffs ("Relators") filed actions under seal pursuant to the federal False Claims Act, 31 U.S.C. §§ 3729-3733: (1) *United States ex rel. Guzman v. Insys Therapeutics, Inc.*, CV 13-5861 JLS (AJWx); (2) *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 14-3488 JLS (AJWx); (3) *United States ex rel. Andersson v. Insys Therapeutics, Inc.*, CV 14-9179 JLS (AJWx); (4) *United States ex rel. Erickson v. Insys Therapeutics, Inc.*, CV 16-2956 JLS (AJWx); and (5) *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 16-7937 JLS (AJWx) (collectively, the "actions"). As part of their actions, Relators Maria Guzman (Case No. CV 13-5861) and Jane Doe (Case No. CV 16-7937) (the "State Relators") additionally filed claims on behalf of the Plaintiff States[1] pursuant to the False Claims Acts of the Plaintiff States. The Plaintiff States, in the interest of judicial economy, seek to reduce the number of notices to be filed with this Court and are therefore filing this Consolidated Notice. The NAMFCU Team has received verification from the Plaintiff States regarding their intentions to provide notices of partial intervention, declination, or "no-decision." The NAMFCU Team was authorized to include each notice herein by each of the respective Plaintiff States.

---

[1] The term "States" includes the 50 states, however denominated, and the District of Columbia. The States listed as plaintiffs in this action (the "Plaintiff States") belong to an organization called the National Association of Medicaid Fraud Control Units ("NAMFCU"). California Deputy Attorney General Erika Hiramatsu is a member of the NAMFCU team tasked with the consolidated pre-suit filings of the Plaintiff States for this case. The NAMFCU Team Lead for the Insys matters is Stacy Race, Special Deputy Attorney General for North Carolina. Attorney Race has previously appeared as a signatory on the seal extension filings in this action, on behalf of the Plaintiff States.

## I. Consolidated Notice to Intervene in Part and Decline Intervention in Part

Pursuant to their respective State False Claims Acts, the States of California, Colorado, Indiana, New York, North Carolina, and Virginia (hereinafter jointly referred to as "the Intervening States") notify this Court of their intentions to partially intervene in this matter and proceed against Insys Therapeutics, Inc. ("Insys"). The Intervening States are intervening with respect to the claims of the State Relators that from March 2012 to current day, Insys marketed its drug Subsys off-label, violated the Anti-Kickback Statute (42 U.S.C. Section 1320a-7b), and falsely represented itself and Subsys-users' medical history to the Intervening States' Medicaid Programs to obtain payment for off-label and contraindicated uses. The Intervening States are declining to intervene with respect to any of the allegations against Michael Babich, Alec Burlakoff, John N. Kapoor, and Does 2 through 15, all of whom are named defendants in Relator Maria Guzman's action (Case No. CV 13-5861); against Linden Care, LLC, a defendant in Relator Jane Doe's action (Case No. CV 16-7937); and with respect to the remaining allegations against Insys in the State Relators' actions.

In the interest of judicial economy, the Intervening States intend to file a Consolidated Complaint in Intervention and serve it within ninety (90) days. The Consolidated Complaint in Intervention and all subsequent papers shall be filed using the lead caption, *United States ex rel. Guzman v. Insys Therapeutics, Inc.*, CV 13-5861 JLS (AJWx), followed by captions of the remaining actions, unless the document relates only to a particular action or actions, in which case it shall be filed only in such action(s).

## II. Consolidated Notice of Declination and of No-Decision

The following Plaintiff States decline to intervene in State Relators' actions: Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Montana, Nevada, New

5

Hampshire, New Jersey, New Mexico, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington (hereinafter jointly referred to as "the Declining States"). Hawaii has not reported to the NAMFCU Team whether it will intervene, and Minnesota has indicated it is unable to make an intervention decision at this time.

Although the Plaintiff States decline to intervene in whole or in part in the allegations against Insys and the other Defendants, the State Relators may maintain the declined portions of this action in the name of the Plaintiff States (except Maryland[2]), provided, however, that the action may be dismissed only if the court and the Plaintiff States give written consent to, and reasons for, the dismissal. The Plaintiff States request that, should any Relator or any Defendant propose portions of the actions in which the Plaintiff States have declined to intervene be dismissed, settled, or otherwise discontinued, Relator(s) and the Defendant(s) provide the Plaintiff States with notice of the same. Additionally, the Plaintiff States request an opportunity to be heard on the matter before the Court makes a ruling or grants its approval.

The Plaintiff States request that all pleadings, papers, and other filings, including orders from this Court, be served on every Plaintiff State regardless of whether said Plaintiff State has intervened. Upon request, a Declining State may obtain a copy of depositions and other transcripts at the Declining State's expense.

The Plaintiff States also reserve their rights to seek to intervene at a later date, for good cause shown, in the declined portion of this action and to seek the dismissal of the State Relators' actions or claims on any appropriate grounds.

The Plaintiff States have stipulated to the unsealing of the documents proposed by the United States, including the Intervening States' Notice and Complaint in Intervention, the City of Chicago's Complaint in Intervention, and any amended complaints filed by the Relators on any declined portion of the

---

[2] The Maryland False Health Claims Act provides, "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health-Gen., § 2-604 (a)(7) (2016).

actions. The Plaintiff States also support the United States' motion for consolidation of the five Insys actions and the stay of the consolidated action in its entirety pending resolution of ongoing criminal cases related to the above-referenced *qui tam* conduct, to wit, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016); *United States v. Pearlman*, CR 17-00027-MPS (D. Conn. filed Feb. 8, 2017); *United States v. Clough*, CR 17-00037 JL (D.N.H. filed Mar. 22, 2017); *United States v. Patel*, CR 17-114-VPC (D. Nev. filed Dec. 6, 2017); *United States v. Freeman*, CR 18-00217-KMW (S.D.N.Y. filed Mar. 14, 2018).

A Proposed Order accompanies this Notice.

Dated: April 24, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
NICHOLAS N. PAUL
Supervising Deputy Attorney General

ERIKA HIRAMATSU
Deputy Attorney General
*Attorneys for State of California*

**PROOF OF SERVICE BY ELECTRONIC MAIL**

| | |
|---|---|
| Case Name: | U.S., ex rel. Maria Guzman v. INSYS Therapeutics, Inc., et al. |
| No.: | CV 13-5861 JLS (AJWx) |

| | |
|---|---|
| Case Name: | U.S., et al., ex rel. Jane Doe v. INSYS Therapeutics, Inc., et al. |
| No.: | CV 16-7937 JLS (AJWx) |

I am over the age of 18 and not a party to the above-captioned actions. I am employed by the Bureau of Medi-Cal Fraud & Elder Abuse. My business address is 1455 Frazee Rd., Suite 315, San Diego, CA 92108-4304.

On April 24, 2018, I served the foregoing **AMENDED INTERVENING STATES' CONSOLIDATED NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART; DECLINING STATES' CONSOLIDATED NOTICE OF DECLINATION; and NOTICE OF NO DECISION BY THE STATE OF MINNESOTA; AMENDED DECLARATION OF ERIKA HIRAMATSU; AMENDED PROPOSED ORDER** on each person or entity named below, by transmitting a true copy via electronic mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: April 24, 2018. Place of e-mailing: San Diego, CA.

Person(s) and/or Entity(s) to whom e-mailed:

John E. Lee, Esq.
Assistant U.S. Attorney
United States Attorney's Office
Central District of California
john.lee2@usdoj.gov

Eric L. Young, Esq.
McEldrew Young
eyoung@mceldrewyoung.com

Brian J. Madden, Esq.
Wagstaff & Cartmell, LLP
bmadden@scllp.com

Michael N. Zumwalt, Esq
Assistant Corporation Counsel
Corporation Counsel, City of Chicago
michael.zumwalt@cityofchicago.org

Stacy Race, Esq.
Special Deputy Attorney General
National Association of Medicaid Fraud Coordinators
srace@ncdoj.gov

David L. Scher, Esq.
The Employment Law Group, P.C.
dscher@employmentlawgroup.com

Jeffrey S. Gleason, Esq.
Robbins Kaplan LLP
jgleason@robbinskaplan.com

James Ficaro, Esq.
The Weiser Law Firm
jmf@weiserlawfirm.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2018, at San Diego, California.

| | |
|---|---|
| Rachel Chang | *Rachel Chang* |
| Declarant | Signature |