IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel*. MARIA GUZMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual, JOHN N. KAPOOR, and individual, and DOES 2 through 15,**<br><br>Defendants. | No. CV 13-5861 JLS (AJWx)<br><br>**ORDER RE AMENDED INTERVENING STATES' CONSOLIDATED NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND DECLINING STATES' CONSOLIDATED NOTICE OF DECLINATION** |

1

# ORDER

The Plaintiff States[1] of California, Colorado, Indiana, Minnesota, New York, North Carolina, and Virginia (the "Intervening States") having elected to intervene in part and decline to intervene in part in the following two actions, in which they are named parties: *United States ex rel. Guzman v. Insys Therapeutic, Inc.*, CV 13-5861 JLS (AJWx) and *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 16-7937 JLS (AJWx) (collectively, the "actions") and the Plaintiff States of Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Montana, Nevada, New Jersey, New Mexico, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington, (the "Declining States") having declined to intervene, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Intervening States may file and serve their consolidated Complaint-in-Intervention by August 9, 2018.

2. As to the parts of the actions in which the Plaintiff States have declined to intervene at this time, all papers filed henceforth in the actions shall be served upon every Plaintiff State regardless of whether said Plaintiff State has intervened, and all orders issued by the Court in these actions shall be sent to counsel for the Plaintiff States.

3. The Declining States may order copies of any deposition transcripts, and shall be served with all notices of appeal.

4. With respect to the claims brought on the behalf of the other Plaintiff States, Relators Maria Guzman and Jane Doe may maintain the portions of the actions declined by the Plaintiff States. Should any Relator or any Defendant propose any portion of the actions in which the Plaintiff States have declined to intervene be dismissed, settled, or otherwise discontinued, Relator(s) and the

---

[1] The term "States" includes the 50 states, however denominated, and the District of Columbia.

Defendant(s) shall provide the Plaintiff States with notice of the same, and the Court shall provide an opportunity to be heard before ruling or granting its approval.

Dated: July 20, 2018

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE