CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 307-0136
    Facsimile:  (202) 307-3852
    E-mail:  david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>          Plaintiffs, | No. CV 13-5861 JLS (AJWx)<br><br>UNITED STATES OF AMERICA'S STATUS REPORT |

| | |
|---|---|
| v. | |
| INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC, | No. CV 14-3488 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON, | No. CV 14-9179 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN, | No. CV 16-2956 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |
| Defendant. | |

2

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA, <br><br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC, <br><br>　　　　　Defendants. | No. CV 16-7937 JLS (AJWx) |

Pursuant to this Court's Order filed on May 11, 2018 (Docket No. 69), plaintiff United States of America, by its attorneys, respectfully submits this status report to the Court and the parties in these consolidated actions.

After several months of settlement discussions, on August 7, 2018, the United States and defendant Insys Therapeutics, Inc. ("Insys") reached a tentative settlement-in-principle. Although this settlement-in-principle is subject to further governmental and other approvals, the tentative agreement resolves material terms that have been the subject of ongoing settlement negotiations. Insys has made a public announcement of the above settlement-in-principle. *See, e.g.*, https://finance.yahoo.com/news/insys-pay-150-mln-settle-115922442.html?.tsrc=applewf (last visited Aug. 8, 2018).

In the upcoming months, the parties, including the various State and other governmental entities and the relators, anticipate addressing and discussing various other related issues that are necessary to fully resolve these actions.

Counsel for the United States have been advised by the Assistant United States Attorneys in the District of Massachusetts who are prosecuting the related criminal action in that district, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016), that trial has been scheduled for January 28, 2019 and that the need for a stay of these civil actions remains in place at this time.

The United States will file a further status report within 90 days or as events may make such a further report necessary or desirable.

                      Respectfully submitted,

Dated:  August 9, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM MELTZER
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

  /S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am over the age of 18 and not a party to the above-captioned actions. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012.

On August 9, 2018, I served the foregoing UNITED STATES OF AMERICA'S STATUS REPORT on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: August 9, 2018. Place of e-mailing: Los Angeles, CA.

Person(s) and/or Entity(s) to whom e-mailed:

Stacy Race, Esq.
Special Deputy Attorney General
National Association of Medicaid Fraud Coordinators
srace@ncdoj.gov

Michael N. Zumwalt, Esq.
Assistant Corporation Counsel
Corporation Counsel, City of Chicago
michael.zumwalt@cityofchicago.org

Erika Kelton, Esq.,
Phillips & Cohen LLP
ekelton@phillipsandcohen.com

James Ficaro, Esq.
The Weiser Law Firm
jmf@weiserlawfirm.com

Brian J. Madden, Esq.
Wagstaff & Cartmell, LLP
bmadden@wcllp.com

Jeffrey S. Gleason, Esq.
Robbins Kaplan LLP
jgleason@robinskaplan.com

Eric L. Young, Esq.
McEldrew Young
eyoung@mceldrewyoung.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2018, at Los Angeles, California.

/S/ John E. Lee
_____
JOHN E. LEE