JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-0136
    Facsimile: (202) 307-3852
    E-mail: david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>        Plaintiffs, | No. CV 13-5861 JLS (AJWx)<br><br>UNITED STATES OF AMERICA'S STATUS REPORT |

|  |  |
|---|---|
| v. |  |
| INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15, |  |
| Defendants. |  |
|  |  |
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC, | No. CV 14-3488 JLS (AJWx) |
| Plaintiffs, |  |
| v. |  |
| INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH, |  |
| Defendants. |  |
|  |  |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON, | No. CV 14-9179 JLS (AJWx) |
| Plaintiffs, |  |
| v. |  |
| INSYS THERAPEUTICS, INC., |  |
| Defendant. |  |
|  |  |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN, | No. CV 16-2956 JLS (AJWx) |
| Plaintiffs, |  |
| v. |  |
| INSYS THERAPEUTICS, INC., |  |
| Defendant. |  |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,<br><br>         Plaintiffs,<br><br>         v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,<br><br>         Defendants. | No. CV 16-7937 JLS (AJWx) |

Pursuant to this Court's Order filed on May 11, 2018 (Docket No. 69), plaintiff United States of America, by its attorneys, respectfully submits this status report to the Court and the parties in these consolidated actions.

On August 9, 2018, the United States advised the Court that it and defendant Insys Therapeutics, Inc. had reached a tentative settlement-in-principle, that the settlement-in-principle was subject to further governmental and other approvals, and that the tentative agreement resolved material terms that had been the subject of ongoing settlement negotiations. The United States further advised the Court that, in the upcoming months, the parties, including the intervening State and other governmental entities and the relators, anticipated addressing various other related issues that were necessary to fully resolve these actions.

Since the filing of the last Status Report, the parties have conducted discussions regarding these settlement issues. At this time, the United States advises the Court that

these discussions are currently ongoing and remain incomplete. Among other things, the parties continue to discuss and attempt to resolve various criminal, civil, and administrative issues towards the finalization of the settlement-in-principle reached by them in August 2018.

Counsel for the United States have further been recently advised by Assistant United States Attorneys in the District of Massachusetts who are familiar with the status of the related criminal action in that district, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016), that trial is anticipated to commence as previously scheduled in January 2019 and that, accordingly, the need for a stay of these civil actions remains in place at this time.

The United States will file a further status report within 90 days or as events may make such a further report necessary or desirable.

Respectfully submitted,

Dated: November 7, 2018

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice

/S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorneys
Attorneys for the United States of America

4