JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995
    Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
PATRICIA L. HANOWER
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-0136
    Facsimile: (202) 307-3852
    E-mail: david.t.cohen@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>    Plaintiffs, | No. CV 13-5861 JLS (AJWx)<br><br>UNITED STATES OF AMERICA'S STATUS REPORT |

| | |
|---|---|
| v. | |
| INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC, | No. CV 14-3488 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON, | No. CV 14-9179 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN, | No. CV 16-2956 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |
| Defendant. | |

2

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,<br><br>　　　　　Defendants. | No. CV 16-7937 JLS (AJWx) |

　　　　Pursuant to this Court's Order filed on May 11, 2018 (Docket No. 69), plaintiff United States of America, by its attorneys, respectfully submits this status report to the Court and the parties in these consolidated actions.

　　　　On August 9, 2018, the United States advised the Court that it and defendant Insys Therapeutics, Inc. ("Insys") had reached a tentative settlement-in-principle, that the settlement-in-principle was subject to governmental and other approvals, and that the tentative agreement resolved material terms that had been the subject of ongoing settlement negotiations.

　　　　On May 2, 2019, a jury reached a verdict in the related criminal action in the District of Massachusetts, *United States v. Babich*, CR 16-10343-ADB (D. Mass. filed Dec. 6, 2016) ("*Babich* case"). Some of the defendants convicted in the *Babich* case are defendants in these actions. Sentencings of the defendants in the *Babich* case are currently scheduled for January 6, 7, 8, 9, and 10, 2020.

On June 5, 2019, the United States and Insys executed a settlement agreement regarding the United States' claims against Insys in these actions. The intervening states and the relator were not parties to this settlement agreement.

On June 10, 2019, Insys filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. *In re Insys Therapeutics, Inc.*, No. 19-11292-KG (filed June 10, 2019) ("bankruptcy case"). On October 7, 2019, the bankruptcy court approved a compromise agreement between Insys and the United States. Counsel for the United States believe that creditors of Insys have until December 19, 2019 to file any pre-petition claims in the bankruptcy case.

Counsel for the United States has confirmed with prosecutors in *United States v. Freeman*, CR 18-00217-KMW (S.D.N.Y. filed Mar. 14, 2018) ("*Freeman* case"), that the *Freeman* case is currently set to commence trial on November 4, 2019. The *Freeman* case raises allegations that overlap with some of the allegations in these cases.

The United States and counsel for the relators have discussed the issue of relators' share and have reached a tentative agreement regarding an appropriate relators' share in this action, for which the United States is currently seeking approval.

At this time, the United States believes that a further stay of these actions is necessary pending further developments in these matters. The United States will file a further status report no later than 90 days after the filing of this report.

|   |   |
|---|---|
| Dated: November 4, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General, Civil Division<br>NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division<br>DAVID K. BARRETT<br>Chief, Civil Fraud Section<br>ABRAHAM C. MELTZER<br>Deputy Chief, Civil Fraud Section<br>Assistant United States Attorneys<br><br>ANDY J. MAO<br>PATRICIA L. HANOWER<br>DAVID T. COHEN<br>Attorneys, Civil Division<br>United States Department of Justice<br><br>/S/ John E. Lee<br>_____<br>JOHN E. LEE<br>Assistant United States Attorneys<br>Attorneys for the United States of America |