UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel*. MARIA GUZMAN,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15,

Defendants.

No. CV 13-5861 JLS (AJWx)

ORDER DISMISSING CLAIMS AGAINST INSYS THERAPEUTICS, INC. AND LIFTING STAY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH,<br><br>Defendants. | No. CV 14-3488 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>Defendant. | No. CV 14-9179 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>Defendant. | No. CV 16-2956 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT | No. CV 16-7937 JLS (AJWx) |

VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,

Plaintiffs,

v.

INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,

Defendants.

On June 5, 2019, the United States of America and Insys Therapeutics, Inc. ("Insys") reached a settlement as to the United States' claims against Insys in the above-captioned actions ("Settlement Agreement"). On June 10, 2019, Insys filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware, styled *In re Insys Therapeutics, Inc.*, No. 19-11292-KG ("Bankruptcy Action").

Upon stipulation of the United States, the States of California, Colorado, Indiana, Minnesota, New York, North Carolina, and the Commonwealth of Virginia ("Intervening States"),[1] and Relators Mia Guzman, Torgny Andersson, Christopher Connors, PRAPOMA, LLC, Allison Erickson, Sara Lueken, and Melina Spalter (collectively, "Relators"), IT IS ORDERED as follows:

1. All claims brought by or on behalf of the United States against Insys in the above-captioned actions are dismissed (a) with prejudice to the United States with respect to the Covered Conduct as that term is defined in the Settlement Agreement, (b) without prejudice to the United States with respect to all other claims, and (c) with prejudice to the Relators.

2. As to any dismissed claims against Insys, this Court shall retain jurisdiction only to: (a) enforce the terms of the Settlement Agreement between the United States and Insys, to the extent that such claims are not within the province of the Bankruptcy Action; (b) enforce the terms of any Relators' share agreement that may be reached between the Relators and the United States and/or the Intervening States regarding any award to be paid by the United States under 31 U.S.C. § 3730(d)(1), or by the Intervening States under analogous State provisions, from their receipt of settlement proceeds, or determine an appropriate Relators' share award if no such agreement is reached; and (c) determine any future disputes concerning the Relators' rights against the

[1] The Intervening States have appeared in the following two actions in which they are named parties: (1) *United States ex rel. Guzman v. Insys Therapeutic, Inc.*, CV 13-5861 JLS (AJWx), and (2) *United States ex rel. Doe v. Insys Therapeutics, Inc.*, CV 16-7937 JLS (AJWx).

United States, if any, under 31 U.S.C. § 3730(c)(5) or any of the Intervening States' false claims statutes which have analogous "alternate remedy" provisions.

2. The Intervening States and Relators may, if otherwise appropriate, pursue their claims against Insys in the Bankruptcy Action. All claims brought by or on behalf of the Intervening States and Relators against Insys in these actions pursuant to 31 U.S.C. §§ 3729-33, including claims under 31 U.S.C. § 3730(d)(1) and § 3730(h), shall remain stayed until further order of this Court. The Intervening States and Relator shall file a status report with the Court within 30 days of this Order and every 90 days thereafter regarding any claims against Insys.

3. As to all defendants other than Insys, the stay of proceedings entered by this Court on May 11, 2018, is hereby LIFTED. The Intervening States and the Relators shall promptly serve their operative complaints and proceed to prosecute any claims that have not been dismissed or stayed.

Dated: June 11, 2020

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE