1  **THE STATE OF CALIFORNIA**
   XAVIER BECERRA
2  Attorney General of California
3  GERALD A. ENGLER
   Chief Assistant Attorney General
4  SARALYN M. ANG-OLSON
5  Senior Assistant Attorney General
   NICHOLAS P. PAUL
6  Supervising Deputy Attorney General
7  ERIKA HIRAMATSU (CA Bar No. 190883)
   Deputy Attorney General
8         Bureau of Medi-Cal Fraud & Elder Abuse
9         Office of the Attorney General
          1615 Murray Canyon Rd
10        Suite 700
11        San Diego, CA 92186-5266
          Telephone: (619) 358-1002
12        Email: Erika.Hiramatsu@doj.ca.gov
13

14 **THE STATE OF COLORADO**
15 PHILIP J. WEISER
   Attorney General
16 GEORGE A. CODDING (Colo. Reg. # 18750)
17 Senior Assistant Attorney General
18 *(admitted pro hac vice)*
   Email: george.codding@coag.gov
19        Medicaid Fraud Control Unit
20        1300 Broadway, 9th Floor
          Denver, CO 80203
21        Telephone: (720) 508-6696
22        Fax: (720) 508-6034
23
24 **THE STATE OF INDIANA**
   LAWRENCE J. CARCARE II
25 Deputy Attorney General
26 Indiana Attorney No. 18557-49
   *(admitted pro hac vice)*
27        Office of the Indiana Attorney General
28        Medicaid Fraud Control Unit
          8720 Castle Creek Parkway East Drive, Suite 250
          Indianapolis, IN 46250-1946

Telephone:  (317) 915-5319
Fax:  (317) 232-7979
Email:  Lawrence.Carcare@atg.in.gov

**THE STATE OF MINNESOTA**
NOAH LEWELLEN (Attorney Reg. No. 0397556)
*(admitted pro hac vice)*
Office of the Assistant Attorney General
  445 Minnesota Street, Suite 1200
  St. Paul, MN 55101-2127
  Telephone:  651-724-9945
  Email:  Noah.Lewellen@ag.state.mn.us

**THE STATE OF NEW YORK**
LETITIA JAMES
Attorney General of New York
DAVID G. ABRAMS
Special Assistant Attorney General
N.Y. Bar No. 4615514
*(admitted pro hac vice)*
  New York State Office of the Attorney General
  Medicaid Fraud Control Unit
  28 Liberty Street, 13th Floor
  New York, New York 10005
  Telephone:  (212) 417-5300
  Fax: (212) 417-5335
  Email:  David.Abrams@ag.ny.gov

**THE STATE OF NORTH CAROLINA**
JOSHUA H. STEIN
Attorney General of North Carolina
LAREENA J. PHILLIPS (N.C. Bar No. 36859)
Special Deputy Attorney General
*(admitted pro hac vice)*
Email:  lphillips@ncdoj.gov
  5505 Creedmoor Road, Suite 300
  Raleigh, NC 27612
  Telephone:  919-881-2320
  Fax:  919-571-4837

**COMMONWEALTH OF VIRGINIA**
MATTHEW G. HOWELLS (VSB No. 88167)
Assistant Attorney General
*(admitted pro hac vice)*
Email:  mhowells@oag.state.va.us
CANDICE M. DEISHER
Assistant Attorney General (VSB No. 75006)
*(admitted pro hac vice)*
Email:  cdeisher@oag.state.va.us
      Office of the Attorney General
      202 North 9th Street
      Richmond, Virginia 23219
      Telephone:  (804) 786-6547

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* MARIA GUZMAN,<br><br>      Plaintiffs,<br><br>      v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 | No. CV 13-5861 JLS (AJWx)<br><br>INTERVENING STATES' STATUS REPORT |

|   |   |
|---|---|
| through 15, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC, | No. CV 14-3488 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH, | |
| Defendants. | |
| | |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON, | No. CV 14-9179 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |
| Defendant. | |
| | |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN, | No. CV 16-2956 JLS (AJWx) |
| Plaintiffs, | |
| v. | |
| INSYS THERAPEUTICS, INC., | |

| | |
|---|---|
| Defendant. | |
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,<br><br>Defendants. | No. CV 16-7937 JLS (AJWx) |

Pursuant to this Court's Order dated June 11, 2020, the Intervening States of California, Colorado, Indiana, Minnesota, New York, North Carolina, and the Commonwealth of Virginia ("Intervening States"), by their attorneys, respectfully submit this report to the Court and the parties in these consolidated actions.

On August 9, 2018, the United States advised the Court that it and defendant Insys Therapeutics, Inc. ("Insys") had reached a tentative settlement-in-principle. On June 5, 2019, the United States and Insys executed a settlement agreement regarding the United

States' claims against Insys in these actions. The Intervening States were not parties to the settlement agreement.

On June 10, 2019, Insys and related entities filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. *In re Insys Therapeutics, Inc.*, No. 19-11292-KG (filed June 10, 2019) ("Bankruptcy Action"). On January 16, 2020, the Bankruptcy Court entered an order approving Insys' Second Amended Plan of Liquidation. The Plan of Liquidation includes a category for State claims defined as "any [c]laim against the Debtors held by a Governmental Unit that is a State or Commonwealth of the United States for, among other things, consumer fraud, deceptive practices, [and] false claims . . . ". [Del. Bankr., D.I. 1115-1]. The Intervening States' claims fall within this category of claims pursued in the Bankruptcy Action.

On June 11, 2020, the United States was dismissed from this action and this Court ordered that all claims brought by or on behalf of the Intervening States and Relators against Insys in these actions pursuant to 31 U.S.C. §§ 3729-33, including claims under 31 U.S.C. § 3730(d)(1) and § 3730(h) remain stayed until further order of this Court.

The bankruptcy Plan of Liquidation states that no Distribution shall be made to holders of allowed State claims until a pro rata share is determined in accordance with the Plan of Liquidation. Currently, it is the understanding of the Intervening States that the Trustee is working to determine whether there are funds available for distribution to the states, municipalities, and tribes pursuant to the Plan of Liquidation and that there has not yet been an allocation of Insys' remaining funds or assets for distribution under the Plan of Liquidation. The bankruptcy docket notes a number of postponements of submission deadlines, and new developments regarding assessment of available funds likely will not happen until the fall.

The Intervening States will file a status report within 90 days of this report, or as events may make such a further report necessary or desirable.

Respectfully submitted,

**THE STATE OF CALIFORNIA**
XAVIER BECERRA
Attorney General of California
GERALD A. ENGLER
Chief Assistant Attorney General
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
NICHOLAS P. PAUL
Supervising Deputy Attorney General


By: */S/*
Erika Hiramatsu
Deputy Attorney General
CA Bar No. 190883
Bureau of Medi-Cal Fraud & Elder Abuse
Office of the Attorney General
PO Box 85266
San Diego, CA 92186-5266
Telephone: (619) 358-1002
Email: Erika.Hiramatsu@doj.ca.gov

**THE STATE OF COLORADO**
Philip J. Weiser
Attorney General of Colorado


By: */S/*
George A. Codding, Colo. Reg. # 18750
Senior Assistant Attorney General
*(admitted pro hac vice)*
Medicaid Fraud Control Unit
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6696
Fax: (720) 508-6034
Email: george.codding@coag.gov

**THE STATE OF INDIANA**

By: */S/*
Lawrence J. Carcare II
Deputy Attorney General
Indiana Attorney No. 18557-49
*(admitted pro hac vice)*
Office of the Indiana Attorney General
Medicaid Fraud Control Unit
8720 Castle Creek Parkway East Drive, Suite 250
Indianapolis, IN 46250-1946
Telephone: (317) 915-5319
Fax: (317) 232-7979
Email: Lawrence.Carcare@atg.in.gov

**THE STATE OF MINNESOTA**

By: */S/*
Noah Lewellan
Assistant Attorney General
Attorney Reg. No. 0397556
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: 651-724-9945
Email: noah.lewellan@ag.state.mn.us

**THE STATE OF NEW YORK**
LETITIA JAMES
Attorney General of New York

By: */S/*
David G. Abrams
Special Assistant Attorney General
N.Y. Bar No. 4615514
*(admitted pro hac vice)*

8

New York State Office of the Attorney General
Medicaid Fraud Control Unit
28 Liberty Street, 13th Floor
New York, New York 10005
Telephone: (212) 417-5300
Fax: (212) 417-5335
Email: David.Abrams@ag.ny.gov

**THE STATE OF NORTH CAROLINA**
JOSHUA H. STEIN
Attorney General of North Carolina

By: */S/*
Lareena J. Phillips
Special Deputy Attorney General
N.C. Bar No. 36859
*(admitted pro hac vice)*
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612
Telephone: 919-881-2320
Fax: 919-571-4837
Email: lphillips@ncdoj.gov

**COMMONWEALTH OF VIRGINIA**

By: */S/*
Matthew G. Howells
Assistant Attorney General
VSB No. 88167
*(admitted pro hac vice)*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-6547
Email: mhowells@oag.state.va.us

By: /S/
Candice M. Deisher
Assistant Attorney General
VSB No. 75006
*(admitted pro hac vice)*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-6017
Email: cdeisher@oag.state.va.us

<u>Attestation</u>

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 8, 2020

/S/
Lareena J. Phillips
Special Deputy Attorney General