1  THE STATE OF CALIFORNIA
2  XAVIER BECERRA
   Attorney General of California
3  JENNIFER EULER
4  Chief Assistant Attorney General
   NICHOLAS P. PAUL
5  Supervising Deputy Attorney General
6  ERIKA HIRAMATSU (CA Bar No. 190883)
   Deputy Attorney General
7       Bureau of Medi-Cal Fraud & Elder Abuse
8       Office of the Attorney General
        1615 Murray Canyon Rd, Suite 700
9       San Diego, CA 92108
10      Telephone:  (619) 358-1002
        Email:  Erika.Hiramatsu@doj.ca.gov
11

12  THE STATE OF COLORADO
13  PHILIP J. WEISER
    Attorney General
14  GEORGE A. CODDING (Colo. Reg. # 18750)
15  Senior Assistant Attorney General
    *(admitted pro hac vice)*
16  Email:  george.codding@coag.gov
17      Medicaid Fraud Control Unit
18      1300 Broadway, 9th Floor
        Denver, CO 80203
19      Telephone: (720) 508-6696
20      Fax:  (720) 508-6034

21
    THE STATE OF INDIANA
22  LAWRENCE J. CARCARE II
23  Deputy Attorney General
    Indiana Attorney No. 18557-49
24  *(admitted pro hac vice)*
25      Office of the Indiana Attorney General
        Medicaid Fraud Control Unit
26      8720 Castle Creek Parkway East Drive, Suite 250
27      Indianapolis, IN 46250-1946
        Telephone:  (317) 915-5319
28      Fax:  (317) 232-7979
        Email:  Lawrence.Carcare@atg.in.gov

**THE STATE OF MINNESOTA**
NOAH LEWELLEN (Attorney Reg. No. 0397556)
*(admitted pro hac vice)*
Office of the Assistant Attorney General
    445 Minnesota Street, Suite 1200
    St. Paul, MN 55101-2127
    Telephone: 651-724-9945
    Email: Noah.Lewellen@ag.state.mn.us

**THE STATE OF NEW YORK**
LETITIA JAMES
Attorney General of New York
DAVID G. ABRAMS
Special Assistant Attorney General
N.Y. Bar No. 4615514
*(admitted pro hac vice)*
    New York State Office of the Attorney General
    Medicaid Fraud Control Unit
    28 Liberty Street, 13th Floor
    New York, New York 10005
    Telephone: (212) 417-5300
    Fax: (212) 417-5335
    Email: David.Abrams@ag.ny.gov

**THE STATE OF NORTH CAROLINA**
JOSHUA H. STEIN
Attorney General of North Carolina
LAREENA J. PHILLIPS (N.C. Bar No. 36859)
Special Deputy Attorney General
*(admitted pro hac vice)*
Email: lphillips@ncdoj.gov
    5505 Creedmoor Road, Suite 300
    Raleigh, NC 27612
    Telephone: 919-881-2320
    Fax: 919-571-4837

**COMMONWEALTH OF VIRGINIA**
MATTHEW G. HOWELLS (VSB No. 88167)
Assistant Attorney General

1  *(admitted pro hac vice)*
   Email:  mhowells@oag.state.va.us
2  CANDICE M. DEISHER
3  Assistant Attorney General (VSB No. 75006)
   *(admitted pro hac vice)*
4  Email:  cdeisher@oag.state.va.us
5         Office of the Attorney General
          202 North 9th Street
6         Richmond, Virginia 23219
7         Telephone:  (804) 786-6547

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel*. MARIA GUZMAN,<br><br>            Plaintiffs,<br><br>                  v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; and DOES 1 through 15,<br><br>            Defendants. | No. CV 13-5861 JLS (AJWx)<br><br>INTERVENING STATES' STATUS REPORT |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN DOE and ABC, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>INSYS THERAPEUTICS, INC.; ALEC BURLAKOFF; and MICHAEL L. BABICH,<br><br>    Defendants. | No. CV 14-3488 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* TORGNY ANDERSSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>    Defendant. | No. CV 14-9179 JLS (AJWx) |
| UNITED STATES OF AMERICA *ex rel.* ALLISON ERICKSON and SARA LUEKEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>INSYS THERAPEUTICS, INC.,<br><br>    Defendant. | No. CV 16-2956 JLS (AJWx) |

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUSIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, the CITY OF CHICAGO, and the DISTRICT OF COLUMBIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>INSYS THERAPEUTICS, INC. and LINDEN CARE LLC,<br><br>    Defendants. | No. CV 16-7937 JLS (AJWx) |

  Pursuant to this Court's Order dated June 11, 2020, the Intervening States of California, Colorado, Indiana, Minnesota, New York, North Carolina, and the Commonwealth of Virginia ("Intervening States"), by their attorneys, respectfully submit this report to the Court and the parties in these consolidated actions.

  On August 9, 2018, the United States advised the Court that it and defendant Insys Therapeutics, Inc. ("Insys") had reached a tentative settlement-in-principle. On June 5, 2019, the United States and Insys executed a settlement agreement regarding the United States' claims against Insys in these actions. The Intervening States were not parties to the settlement agreement.

On June 10, 2019, Insys and related entities filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. *In re Insys Therapeutics, Inc.*, No. 19-11292-KG (filed June 10, 2019) ("Bankruptcy Action"). On January 16, 2020, the Bankruptcy Court entered an order approving Insys' Second Amended Plan of Liquidation. The Plan of Liquidation includes a category for State claims defined as "any [c]laim against the Debtors held by a Governmental Unit that is a State or Commonwealth of the United States for, among other things, consumer fraud, deceptive practices, [and] false claims . . . ". [Del. Bankr., D.I. 1115-1]. The Intervening States' claims fall within this category of claims pursued in the Bankruptcy Action.

On June 11, 2020, the United States was dismissed from this action and this Court ordered that all claims brought by or on behalf of the Intervening States and Relators against Insys in these actions pursuant to 31 U.S.C. §§ 3729-33, including claims under 31 U.S.C. § 3730(d)(1) and § 3730(h) remain stayed until further order of this Court. On July 8, 2020, the Intervening States filed a status report.

The bankruptcy Plan of Liquidation states that no Distribution shall be made to holders of allowed State claims until a pro rata share is determined in accordance with the Plan of Liquidation. Currently, it is the understanding of the Intervening States that the Trustee is continuing to work to determine whether there are funds available for distribution to the states, municipalities, and tribes pursuant to the Plan of Liquidation and that there has not yet been an allocation of Insys' remaining funds or assets for distribution under the Plan of Liquidation to the states, municipalities and tribes (there have been distributions to other classes of claimants). The bankruptcy docket notes a number of postponements of submission deadlines, and since the last status report, there have been no new developments regarding assessment of available funds for the states, municipalities and tribes. The Trustee continues his work concerning assessment of available funds, and more clarity is anticipated early next year. The Intervening States will file a status report within 90 days of this report, or as events may make such a further report necessary or desirable.

Respectfully submitted,

**THE STATE OF CALIFORNIA**
XAVIER BECERRA
Attorney General of California
JENNIFER EULER
Chief Assistant Attorney General
NICHOLAS P. PAUL
Supervising Deputy Attorney General


By: */S/*
Erika Hiramatsu
Deputy Attorney General
CA Bar No. 190883
Bureau of Medi-Cal Fraud & Elder Abuse
Office of the Attorney General
1615 Murray Canyon Rd., Suite 700
San Diego, CA 92108
Telephone: (619) 358-1002
Email: Erika.Hiramatsu@doj.ca.gov

**THE STATE OF COLORADO**
Philip J. Weiser
Attorney General of Colorado


By: */S/*
George A. Codding, Colo. Reg. # 18750
Senior Assistant Attorney General
*(admitted pro hac vice)*
Medicaid Fraud Control Unit
1300 Broadway, 9th Floor
Denver, CO 80203
Telephone: (720) 508-6696
Fax: (720) 508-6034
george.codding@coag.gov

**THE STATE OF INDIANA**

By:   <u>/S/</u>
Lawrence J. Carcare II
Deputy Attorney General
Indiana Attorney No. 18557-49
*(admitted pro hac vice)*
Office of the Indiana Attorney General
Medicaid Fraud Control Unit
8720 Castle Creek Parkway East Drive, Suite 250
Indianapolis, IN  46250-1946
Telephone:  (317) 915-5319
Fax:  (317) 232-7979
Email:  Lawrence.Carcare@atg.in.gov

**THE STATE OF MINNESOTA**

By:   <u>/S/</u>
Noah Lewellen
Assistant Attorney General
Attorney Reg. No. 0397556
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone:  651-724-9945
Email:  noah.lewellen@ag.state.mn.us

**THE STATE OF NEW YORK**
LETITIA JAMES
Attorney General of New York

By:   <u>/S/</u>
David G. Abrams
Special Assistant Attorney General
N.Y. Bar No. 4615514
*(admitted pro hac vice)*
New York State Office of the Attorney General

Medicaid Fraud Control Unit
28 Liberty Street, 13th Floor
New York, New York 10005
Telephone: (212) 417-5300
Fax: (212) 417-5335
Email: David.Abrams@ag.ny.gov

**THE STATE OF NORTH CAROLINA**
JOSHUA H. STEIN
Attorney General of North Carolina


By:  */S/*
Lareena J. Phillips
Special Deputy Attorney General
N.C. Bar No. 36859
*(admitted pro hac vice)*
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612
Telephone: 919-881-2320
Fax: 919-571-4837
Email: lphillips@ncdoj.gov

**COMMONWEALTH OF VIRGINIA**


By:  */S/*
Matthew G. Howells
Assistant Attorney General
VSB No. 88167
*(admitted pro hac vice)*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-6547
Email: mhowells@oag.state.va.us


By:  */S/*
Candice M. Deisher
Assistant Attorney General

9

VSB No. 75006
*(admitted pro hac vice)*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-6017
Email: cdeisher@oag.state.va.us

<u>Attestation</u>

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2020

*/S/*
Lareena J. Phillips
Special Deputy Attorney General