SCOTT J. LEIPZIG (BAR NO. 192005)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: sleipzig@allenmatkins.com

Attorneys for Defendant

TIM C. HSU (BAR NO. 279208)
ANDREW C. WHITMAN (BAR NO. 312244)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: thsu@allenmatkins.com
         awhitman@allenmatkins.com

Attorneys for Defendant
Michael Babich

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel MARIA GUZMAN, et al,<br><br>            Plaintiffs,<br><br>    vs.<br><br>INSYS THERAPEUTIC, INC.; MICHAEL BABICH, an Individual; ALEC BURLAKOFF, an Individual; JOHN N. KAPOOR, an Individual; and DOES 1 through 15,,<br><br>            Defendants. | Case No. 2:13-cv-05861 JLS (AJS)<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Josephine L. Staton<br><br>Date: May 14, 2021<br>Time: 10:30 a.m.<br>Ctrm: 10A - 10th Flr.<br>       411 W. Fourth St., Santa Ana, CA 92701<br><br>DECLARATION OF RUSSELL PICCOLI IN SUPPORT OF DEFENDANT MICHAEL BABICH'S MOTIONS TO DISMISS THIRD AMENDED COMPLAINT AND UNSEAL FILE<br><br>Third AC Filed: August 13, 2018 |

## DECLARATION OF RUSSELL PICCOLI

I, Russell Piccoli declare as follows:

1. I am an attorney at law, licensed to practice before the Supreme Court of Arizona and in various federal courts. I represent defendant Michael Babich as to numerous actions pending against him across the United States and will be moving to represent him *pro hac vice* in this action.

2. More than seven days prior to the filing of the instant motions, I had several conversations with Relator's counsel, Mark Kleiman, during which I advised him of several of the grounds on which Mr. Babich would bring a motion seeking dismissal. I also requested that he agree to unseal the remainder of the file in this action. I understand from my conversations with Mr. Kleiman that Relator is not agreeable to our positions and would oppose both our motions to dismiss and unseal.

3. Following my conversations with Mr. Kleiman, we discovered another ground for dismissal which I had not previously discussed with him. I emailed Mr. Kleiman to discuss the issue, but he never contacted me to do so.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 24, 2020, in Paradise Valley, Arizona.

_____
Russell Piccoli

-2-