SCOTT J. LEIPZIG (BAR NO. 192005)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: sleipzig@allenmatkins.com

Attorneys for Defendant

TIM C. HSU (BAR NO. 279208)
ANDREW C. WHITMAN (BAR NO. 312244)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: thsu@allenmatkins.com
        awhitman@allenmatkins.com

Attorneys for Defendant
Michael Babich

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel MARIA GUZMAN, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>INSYS THERAPEUTIC, INC.; MICHAEL BABICH, an Individual; ALEC BURLAKOFF, an Individual; JOHN N. KAPOOR, an Individual; and DOES 1 through 15,,<br><br>Defendants. | Case No. 2:13-cv-05861 JLS (AJS)<br><br>DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MICHAEL BABICH'S MOTION TO DISMISS<br><br>Date: May 14, 2021<br>Time: 10:30 a.m.<br>Ctrm: 10A - 10th Flr.<br>    411 W. Fourth Street<br>    Santa Ana, CA 92701 |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

1231518.01/LA

DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

1. I am over the age of 18 and make the following declaration from my personal knowledge in support of Defendant Michael Babich's Request for Judicial Notice in Support of Defendant Michael Babich's Motion To Dismiss ("the Request"):

1. I am an attorney, in good standing, licensed in the State of Arizona (Bar No. 033719).

2. I represent Mr. Babich in various actions, primarily in Arizona.

3. Between approximately December 10 and December 22, 2020, I, or a member of my firm's staff at my direction, ran a series of searches on the Public Access to Court Electronic Records ("Pacer") electronic database to locate any actions filed against Mr. Babich or former defendant Insys Therapeutics, Inc. ("Insys") in any Federal Court.

4. Exhibit A, attached to the Request, is a true and correct copy of the Original Complaint filed in *United States of America ex rel. Ray Furchak v. Insys Therapeutics, Inc. et al.*, 4:12-cv-02930 and 4:12-mc-00610, filed on September 28, 2012, in the United States District Court for the Southern District of Texas (Dkt. 1). I, or a member of my firm's staff at my direction, personally retrieved this document from Pacer.

5. Exhibit B, attached to the Request, is a true and correct copy of the docket in *United States of America ex rel. Ray Furchak v. Insys Therapeutics, Inc. et al.*, 4:12-cv-02930 and 4:12-mc-00610, filed on September 28, 2012, in the United States District Court for the Southern District of Texas. I, or a member of my firm's staff at my direction, personally retrieved this docket from Pacer.

6. Exhibit C, attached to the Request, is a true and correct copy of the complaint from *United States ex rel John Doe v. Insys Therapeutics et al.*, CV14-3488-PSG-ASX, filed on May 6, 2014 in the United States District Court, Central District of California (Dkt. 1). I, or a member of my firm's staff at my direction, personally retrieved this document from Pacer.

7. Exhibit D, attached to the Request, is a true and correct copy of the Amended Complaint filed on October 27, 2014 in *Larson v. Insys Therapeutics. Inc., et al.*, 14-ev-01043-GMS in the United States District Court in the District of Arizona, consolidated with *Li v. Insys*

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1231518.01/LA

-2-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

1 *Therapeutics*, CV-14-1077-PGH-HMS (Dkt. 41). I, or a member of my firm's staff at my direction, personally retrieved this document from Pacer.

2   8.   Exhibit E, attached to the Request, is a true and correct copy of the indictment, filed on December 6, 2016 in *United States v. John Kapoor et al.*, Criminal Case No. 1:16-cr-10343-ADB, in the Federal District Court for the District of Massachusetts (Dkt. 1). This pleading was produced in the *Di Donato v. Insys Therapeutics. Inc., et al.*, CV-16-00302, in the United States District Court, District of Arizona.

3   9.   Exhibit F, attached to the Request, is a true and correct copy of the United States' Motion for Restitution Pursuant to the Mandatory Victim Restitution Act, filed on December 13, 2019 in *United States v. John Kapoor et al.*, Criminal Case No. 1:16-cr-10343-ADB, in the United States District Court for the District of Massachusetts (Dkt. 1035). This pleading was provided by Mr. Babich's counsel in that action.

4   10.   Exhibit G, attached to the Request, is a true and correct copy of the Memorandum and Order on the Government's Motion for Restitution, filed on February 14, 2020 in *United States v. John Kapoor et al.*, Criminal Case No. 1:16-cr-10343-ADB, in the Federal District Court for the District of Massachusetts (Dkt. 1225). This pleading was provided by Mr. Babich's counsel in that action.

5   11.   Exhibit H, attached to the Request, is a true and correct copy of the Class Action Complaint in *Di Donato v. Insys Therapeutics. Inc., et al.*, CV-16-00302, filed February 2, 2016, in the United States District Court, District of Arizona (Dkt. 1). I, or a member of my firm's staff at my direction, personally retrieved this document from Pacer.

6   12.   Between approximately November 15 and November 22, 2020, I used the Google search engine to locate news articles related to Insys and Mr. Babich.

7   13.   Exhibit I, attached to the Request, is a true and correct copy of the article titled *INSYS Investigation Initiated by Former Louisiana Attorney General: Kahn Swick & Foti, LLC Investigates INSYS Therapeutics, Inc. Following Disclosure of Doctor Charged with Fraud and Insider Sales* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Business Wire website, originally published on May 8, 2014. I retrieved and

printed the article from the URL address https://www.businesswire.com/news/home/20140512006429/en/INSYS-Investigation-Initiated-by-Former-Louisiana-Attorney-General-Kahn-Swick-Foti-LLC-Investigates-INSYS-Therapeutics-Inc.-Following-Disclosure-of-Doctor-Charged-with-Fraud-and-Insider-Sales.

14. Exhibit J, attached to the Request, is a true and correct copy of the article titled *Doubts Raised About Off-Label Use f Subsys, a Strong Painkiller*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the New York Times website, originally published on May 13, 2014. I retrieved and printed the article from the URL address https://www.nytimes.com/2014/05/14/business/doubts-raised-about-off-label-use-of-subsys-a-strong-painkiller.html.

15. Exhibit K, attached to the Request, is a true and correct copy of the article titled *Using Doctors With Troubled Pasts to Market a Painkiller*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the New York Times website, originally published on November 27, 2014. I retrieved and printed the article from the URL address https://www.nytimes.com/2014/11/28/business/drug-maker-gave-large-payments-to-doctors-with-troubled-track-records.html.

16. Exhibit L, attached to the Request, is a true and correct copy of the article titled *Drug Firm Hired Doctors with Troubling Track Records to Promote Powerful Painkiller,* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Allgov.com website, originally published on November 29, 2014 I retrieved and printed the article from the URL address http://www.allgov.com/news/controversies/drug-firm-hired-doctors-with-troubling-track-records-to-promote-powerful-painkiller-141129?news=854955.

17. Exhibit M, attached to the Request, is a true and correct copy of the article titled *Vying for Market Share, Companies Heavily Promote 'Me Too' Drugs,* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Propublica.org website, originally published on January 7, 2015. I retrieved and printed the article from the URL address https://www.propublica.org/article/vying-for-market-share-companies-heavily-promote-me-too-drugs.

LAW OFFICES
Allen Matkins Leck Gamble Mallory & Natsis LLP

1231518.01/LA

-4-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

18. Exhibit N, attached to the Request, is a true and correct copy of the article titled *Insys Therapeutics and the New 'Killing it',* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Foundation for Financial Journalism website, originally published on April 24, 2015. I retrieved and printed the article from the URL address https://ffj-online.org/2015/04/24/the-new-killing-it.

19. Exhibit O, attached to the Request, is a true and correct copy of the article titled *Nurse Pleads Guilty to Taking Kickbacks from Drug Maker,* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the New York Times website, originally published on June 25, 2015. I retrieved and printed the article from the URL address https://nyti.ms/1fHs7jG.

20. Exhibit P, attached to the Request, is a true and correct copy of the article titled *The Black World of Insys Therapeutics*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Foundation for Financial Journalism website, originally published on July 14, 2015. I retrieved and printed the article from the URL address https://ffj-online.org/2015/07/14/the-darkening-world-of-insys-therapeutics.

21. Exhibit Q, attached to the Request, is a true and correct copy of the article titled *Highest Prescribers of Cancer Drug Paid as Speakers*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Courant.com website, originally published on July 17, 2015. I retrieved and printed the article from the URL address https://www.courant.com/news/connecticut/hc-high-drug-prescribers-20150717-story.html.

22. Exhibit R, attached to the Request, is a true and correct copy of the press release titled *AG Rosenblum Settles with Pharmaceutical Company Insys over Unlawful Promotion of the Powerful Opioid Subsys®* retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the United States Department of Justice website, originally published on August 5, 2015. I retrieved and printed the article from the URL address https://www.doj.state.or.us/media-home/news-media-releases/ag-rosenblum-settles-with-pharmaceutical-company-insys-over-unlawful-promotion-of-the-powerful-opioid-subsys.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1231518.01/LA

-5-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

23. Exhibit S, attached to the Request, is a true and correct copy of the article titled *Price of Addiction: Oregon AG Outlines Drug-Maker's Use of Aggressive Tactics to Win Over Doctors*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Portland Business Journal website, originally published on August 6, 2015 I retrieved and printed the article from the URL address https://www.bizjournals.com/portland/blog/health-care-inc/2015/08/price-of-addiction-oregon-ag-outlines-drug-makers.html.

24. Exhibit T, attached to the Request, is a true and correct copy of the article titled *The Pain Killer: A Drug Company Putting Profits Above Patients*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the CNBC.com website, originally published on November 4, 2015. I retrieved and printed the article from the URL address https://www.cnbc.com/2015/11/04/the-deadly-drug-appeal-of-insys-pharmaceuticals.html.

25. Exhibit U, attached to the Request, is a true and correct copy of the article titled *CEO of Controversial Drug Company Insys is Out*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the CNBC.com website, originally published on November 5, 2015. I retrieved and printed the article from the URL address https://www.cnbc.com/2015/11/05/ceo-of-controversial-drug-company-insys-is-out.html.

26. Exhibit V, attached to the Request, is a true and correct copy of the article titled *Insys Therapeutics CEO Michael Babich Steps Down*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Fierce Biotech website, originally published on November 6, 2015. I retrieved and printed the article from the URL address https://www.fiercebiotech.com/financials/insys-ceo-michael-babich-steps-down.

27. Exhibit W, attached to the Request, is a true and correct copy of the article titled *Murder Incorporated: Insys Therapeutics, Part I*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Foundation for Financial Journalism website, originally published on December 3, 2015. I retrieved and printed the article from the URL address https://ffj-online.org/2015/12/03/murder-incorporated-the-insys-therapeutics-story.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1231518.01/LA

-6-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

28. Exhibit X, attached to the Request, is a true and correct copy of the article titled *Cancer Painkiller Blamed for Hundreds of Deaths*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Pain News Network website, originally published on December 3, 2015. I retrieved and printed the article from the URL address https://www.painnewsnetwork.org/stories/2015/12/3/cancer-painkiller-likened-to-murder-incorporated.

29. Exhibit Y, attached to the Request, is a true and correct copy of the article titled *Murder Incorporated: Insys Therapeutics, Part II*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Foundation for Financial Journalism website, originally published on December 9, 2015. I retrieved and printed the article from the URL address https://ffj-online.org/2015/12/09/insys-therapeutics-murder-incorporated-part-ii.

30. Exhibit Z, attached to the Request, is a true and correct copy of the article titled *The Brotherhood of Thieves: Insys Therapeutics*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the Foundation for Financial Journalism website, originally published on January 25, 2016. I retrieved and printed the article from the URL address https://ffj-online.org/2016/01/25/the-brotherhood-of-thieves-insys-therapeutics-2.

31. Exhibit AA, attached to the Request, is a true and correct copy of the article titled *Former Sales Rep for Painkiiller Company Pleads Guilty*, retrieved and printed using the "the "Print to PDF" feature of Google's Chrome web browser from the CNBC.com website, originally published on February 19, 2016. I retrieved and printed the article from the URL address https://www.cnbc.com/2016/02/19/sales-rep-for-insys-painkiller-company-pleads-guilty.html.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1231518.01/LA

-7-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

1  I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true
2  and correct to the best of my knowledge and belief.
3  Executed on December 24, 2020, in Phoenix, Arizona.

_____
ZACHARY ROSENBERG

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1231518.01/LA

-8-
DECLARATION OF ZACHARY ROSENBERG IN SUPPORT OF REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS