Erika A. Kelton, Esq., Bar No. 133300
ekelton@phillipsandcohen.com
Phillips & Cohen LLP
2000 Massachusetts Ave. NW
Washington DC  20036
Tel:    (202) 833-4567
Fax:    (202) 833-1815

Mark Kleiman, Esq., Bar No. 115919
mkleiman@quitam.org
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA  90405
Tel:    (310) 392-5455
Fax:    (310) 306-8491

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* MARIA GUZMAN, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>INSYS THERAPEUTIC, INC.; MICHAEL BABICH, an Individual; ALEC BURLAKOFF, an Individual; JOHN N. KAPOOR, an Individual; and DOES 1 through 15,<br><br>Defendants. | Case No: CV 13-5861 JLS (AJS)<br><br>JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER<br><br>Judge:  Hon. Josephine L. Staton<br><br>CMC Date:  Friday, January 22, 2021<br>10:30 a.m.<br>411 W. Fourth St.<br>Santa Ana, CA  92701<br>Courtroom 10A, 10th Floor |

Relator Mia Guzman ("Relator") and Defendants Michael Babich and John N. Kapoor by and through their counsel of record, hereby jointly stipulate and request that the Scheduling Conference set for Friday, January 22, 2021, at 10:30 a.m. be rescheduled to February 22, 2021, or such other date as is convenient for the Court. In support of this request, the parties state:

1. The United States intervened in part and declined in part this action against Insys Therapeutics, Michael Babich, Alec Burlakoff and John N. Kapoor on April 13, 2018. The case was unsealed on May 11, 2018.

2. The case was then stayed due to Defendant Insys Therapeutics' bankruptcy action until June 11, 2020. On this date, this court issued an order dismissing Insys Therapeutics from the case and lifting the stay.

3. On August 7, 2020, Relator issued summons to Defendants Babich, Burlakoff and Kapoor. Defendants Babich and Kapoor, by and through their respective counsel, waived service on September 15, 2020 and August 10, 2020, respectively.

4. On October 9, 2020, Defendant Kapoor filed his Answer to Relator's Third Amended Complaint.

5. On November 12, 2020, Relator stipulated to an extension of time for Defendant Babich to answer the complaint. Defendant Babich's responsive pleading was subsequently due on December 16, 2020. On December 16, 2020, Relator and Defendant Babich entered into a further stipulation regarding scheduling, and pursuant to that further stipulation, Defendant Babich timely filed a motion to dismiss on December 28, 2020.

6. Defendant Burlakoff did not waive service. He was located in federal prison and served on December 11, 2020. His Answer to Relator's Third Amended Complaint is due on January 11, 2020.

7. The initial Rule 26(f) Scheduling Conference is currently set for January 22, 2021, at 10:30 a.m.

8. Good cause exists to postpone the Scheduling Conference to a later date, after Defendant Burlakoff has had an opportunity to respond to Relator's Third Amended Complaint. It will be difficult for the parties to discuss anticipated discovery and motion practice until all Defendants are able to participate.

9. Defendants Babich and Kapoor have, through their counsel, consented to this proposed continuance of the case management conference. Defendant Burlakoff has yet to appear and because of his imprisonment cannot easily be contacted. No Defendants will be prejudiced by this brief delay as it will have not interfere with their defense, especially as no trial date has yet been set. In addition, a brief continuance of the Rule 26(f) Scheduling Conference to ensure that all Defendants are able to participate will avoid squandering the resources and time of the court.

10. Accordingly, with defendants Babich and Kapoor's consent, Relator requests that the Scheduling Conference be set for a date on or after February 22, 2021. This will provide all parties adequate time to confer after Defendant Burlakoff answers Relator's complaint. The parties also request that the date upon which the Rule 26(f) report is due be moved concomitantly.

Respectfully submitted,

KLEIMAN/RAJARAM

Dated: January 8, 2021

By: */s/ Mark Kleiman*
MARK KLEIMAN
Counsel for Relator Mia Guzman

| | | | |
|---|---|---|---|
| 1 | Dated: January 8, 2021 | By: | /s/ Andrew Whitman |
| 2 | | | SCOTT J. LEIPZIG |
| 3 | | | TIM C. HSU |
| | | | ANDREW WHITMAN |
| 4 | | | Allen Matkins Leck Gamble Mallory & Natsis LLP |
| 5 | | | 1901 Avenue of the Stars, Suite 1800 |
| 6 | | | Los Angeles, CA 90067 |

Dated: January 8, 2021        By: /s/ Russell Piccoli
                                   RUSSELL PICCOLI
                                   *(pro hac vice forthcoming)*
                                   Russell Piccoli PLC
                                   701 N 44th St
                                   Phoenix, AZ 85008-6504
                                   480-429-3000

                                   Counsel for Defendant
                                   Michael Babich

Dated: January 8, 2021        By: /s/ Mark Knights
                                   MARK KNIGHTS
                                   Nixon Peabody LLP
                                   900 Elm Street
                                   Manchester, NH, 03101

                                   Counsel for Defendant
                                   John N. Kapoor

-4-
JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER
Case No.: CV 13-5861 JLS (AJS)

# **CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attests that I have conferred with Mark Knights, counsel for Defendant John N. Kapoor, Russell Piccoli and Andrew Whitman, counsel for Michael Babich, regarding this filing. Mr. Knights, Mr. Piccoli and Mr. Whitman have represented that they concur in the filing of this document and that I am authorized to file it on their behalf.

KLEIMAN/RAJARAM

Dated: January 8, 2021         By: */s/ Mark Kleiman*
                                   MARK KLEIMAN
                                   Counsel for Relator Mia Guzman