UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:13-cv-05861-JLS-AJW                                                    Date: May 19, 2021
Title: United States ex rel. Guzman v. Insys Therapeutic, Inc

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Melissa Kunig                                                                                      N/A
    Deputy Clerk                                                                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

     Not Present                                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL THE RECORD (DOC. 135)**

On August 12, 2013, this action was filed under seal pursuant to the False Claims Act ("FCA"). At the Government's request, the Court extended the seal on this matter several times after it was filed. (Docs. 18, 25, 30, 36, 55, 58, 61.) On May 11, 2018, pursuant to a stipulation between the Government and the Plaintiff-Relator in this and related actions, the Court unsealed the case, ordered that all future filings be made on the public docket, and stayed the case pending resolution of related criminal proceedings. (Doc. 69.) In the order to unseal, the Court also instructed that all documents filed before that date be sealed, except that the Court unsealed (1) the relators' complaints and any amended complaints; (2) the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part; (3) the Consolidated State Intervention Notice; (4) the parties' Stipulation Regarding Unsealing, Consolidation, Filing of Complaints, and Stay of Actions, (5) the May 11, 2018 order itself; and (6) the United States' Complaint in Intervention. (*Id.* at 5.)

Before the Court now is a Motion to Unseal the Record filed by Defendant Michael Babich ("Babich"), which seeks to make public the documents (mainly the Government's applications to extend the seal and the Court's orders granting them) that remained under seal after the Court's May 11, 2018 order. (Mot., Doc. 135.) Relator-Plaintiff Maria Guzman file no opposition.[1]

---

[1] The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for May 21, 2021, at 10:30 a.m., is VACATED. Having considered the parties' papers, the Court now GRANTS Babich's Motion WITH LEAVE TO AMEND.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:13-cv-05861-JLS-AJW   Date: May 19, 2021
Title: United States ex rel. Guzman v. Insys Therapeutic, Inc

     In a *qui tam* action, "lifting the seal on the entire record is appropriate unless the government shows that such disclosure would: (1) reveal confidential investigative methods or techniques; (2) jeopardize an ongoing investigation; or (3) harm non-parties." *U.S. ex rel. Lee v. Horizon Wests, Inc.*, No. C 00-2921 SBA, 2006 WL 305966, at *2 (N.D. Cal. Feb. 8, 2006).  Here, the Government elected to intervene in part, and it has now resolved the claims asserted in its complaint in intervention.  (Doc. 112.)  The Government has filed no opposition, nor has it otherwise indicated that unsealing the remaining records would jeopardize an ongoing investigation or harm non-parties.

     Accordingly, if no opposition to unsealing is received from the government within **twenty-one (21) days** of this Order's issuance, the Clerk shall unseal any records filed prior to the Court's May 11, 2018 that remain under seal.  (Docs. 1-68.)

                              Initials of Deputy Clerk:  mku