JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* MARIA GUZMAN, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>INSYS THERAPEUTIC, INC.; MICHAEL BABICH, an Individual; ALEC BURLAKOFF, an Individual; JOHN N. KAPOOR, an Individual; and DOES 1 through 15,<br><br>Defendants. | Case No. 2:13-cv-05861 JLS (AJS)<br><br>**JUDGMENT OF DISMISSAL** |

THE Court having dismissed Plaintiff's Third Amended Complaint with leave to amend, Plaintiff not having filed any amended complaint within that time and having filed a Notice of Declination to Amend (Doc. 163),

**IT IS ORDERED ADJUDGED AND DECREED** that the federal claim is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(b). The state-law claims are dismissed without prejudice and without leave to amend.

Dated: August 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE