1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; the STATES of CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; COMONWEALTHS of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel*. MARIA GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>INSYS THERAPEUTICS, INC.; MICHAEL BABICH, an individual; ALEC BURLAKOFF, an individual; JOHN N. KAPOOR, an individual, and DOES 1 through 15,<br><br>Defendants. | No. 2:13-cv-05861-JLS-AJW<br><br>**FINAL AMENDED JUDGMENT** |

On August 12, 2013, relator Maria Guzman filed this action pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, and the False Claims Acts of various states against defendants Insys Therapeutics, Inc. ("Insys"); Michael Babich, Alec Burlakoff, and Does 1-15 (Doc. 1). On April 13, 2018, the United States filed a Notice of Election to Intervene in Part and Decline to Intervene in Part in this action (Doc. 63). Between April 16, 2018 and June 21, 2018 the States of California, Colorado, Indiana, Minnesota, New York, North Carolina, and the Commonwealth of Virginia ("Intervening States") filed Notices of Election to Intervene in Part and Decline to Intervene in Part (Docs. 62, 66, 83).

On June 5, 2019, the United States of America and Insys reached a settlement as to the United States' claims against Insys. On June 11, 2020, the Court filed an Order Dismissing Claims Against Inys Therapeutics, Inc., dismissing all claims brought by or on behalf of the United States against Insys (a) with prejudice to the United States with respect to the Covered Conduct as that term is defined in the Settlement Agreement between the United States and Insys, (b) without prejudice to the United States with respect to all other claims, and (c) with prejudice to the relator (Doc. 116).

On March 3, 2022, pursuant to motion of the United States, the Court vacated its Judgment of Dismissal filed on August 16, 2021 (Docs. 167, 171).

Upon stipulation of the parties, by their respective counsel, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. All claims brought by or on behalf of the United States against Insys are dismissed (a) with prejudice to the United States with respect to the Covered Conduct as that term is defined in the Settlement Agreement between the United States and Insys, (b) without prejudice to the United States with respect to all other claims, and (c) with prejudice to the relator.
2. All remaining federal claims against all other defendants in this action are dismissed without prejudice to the United States and the relator.

3. All remaining state-law claims are dismissed without prejudice to the states and the relator.

4. This action is dismissed in its entirety.

Dated: March 29, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3